**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**TOMMIE STRICKLAND and**
**RUTH STRICKLAND**                                                                              **PLAINTIFFS**

**v.**                                                           **CIVIL ACTION NO. 2:17-CV-21-KS-MTP**

**SAFEWAY INSURANCE COMPANY**
**OF ALABAMA, INC.**                                                                                **DEFENDANT**

**ORDER**

On April 3, 2017, 2017, Defendant Safeway Insurance Company of Alabama, Inc. ("Movant") filed its Motion to Dismiss for Lack of Jurisdiction [6]. Plaintiffs ("Respondents") have until on or before **April 17, 2017**, to respond to this motion. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movant wishes to file a rebuttal, it may do so on or before **April 24, 2017**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movant or Respondents require an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondents' response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the __3rd__ day of April, 2017.

                                                                                    __s/Keith Starret_____
                                                                                      KEITH STARRETT
                                                                                      UNITED STATES DISTRICT JUDGE